IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) | Judge |
| v. | ) ) | Magistrate Judge |
| NATIONAL CASUALTY COMPANY | ) ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant National Casualty Company ("NCC"), for its Notice of Removal of this civil action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446, states as follows:

1.      Defendant NCC is the named defendant in a civil action brought by Acuity, A Mutual Insurance Company ("Acuity") in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, under Case No. 2018-CH-04484, seeking declaratory relief, subrogation, or contribution with respect to the defense and indemnity of an insured in an underlying wrongful death action.  A copy of Acuity's Complaint is attached as part of Exhibit 1.

2.      Acuity's Complaint was filed on April 6, 2018.  Defendant NCC was served on April 11, 2018.  (Exhibit 1).

3.      This Notice of Removal is filed within thirty days after service and receipt by NCC, through substitute service upon the Illinois Department of Insurance, a copy of Acuity's Complaint, from which it was first ascertained that Acuity's action is one that is

removable to this District Court.  (Exhibit 1).

4.      This District Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff Acuity, on the one hand, and Defendant NCC, on the other, are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      Complete diversity of citizenship exists between Plaintiff and Defendant because:

(a)      At all relevant times, including the time the Complaint was filed in state court and the time of removal, Plaintiff Acuity has been incorporated in the state of Wisconsin, with its principal place of business in the state of Wisconsin. (Complaint at ¶ 1, Exhibit 1).

(b)      At all relevant times, including the time the Complaint was filed in state court and the time of removal, Defendant NCC has been incorporated in the state of Ohio, with its principal place of business in the state of Arizona.  (Ohio Secretary of State Records, Exhibit 2).

6.      Because there is complete diversity of citizenship between Plaintiff and Defendant, Defendant has the right to remove this action.

7.      This matter meets the amount in controversy requirement of 28 U.S.C. § 1332(a) because Acuity seeks in the Complaint to recover costs to defend and indemnify its insured in the underlying wrongful death action, which Acuity is presently doing under its policy with a $1,000,000 liability limit.  (Complaint at ¶ 16).  The NCC policy from which Acuity seeks to recover also contains a $1,000,000 liability limit.  (Complaint at ¶ 13). Accordingly, the amount in controversy exceeds the sum of $75,000, exlcusive of interest

and costs.

8.      The pending state court action is therefore one that may be removed to this Court purusant to 28 U.S.C. §§ 1441(a), 1446(a), and 1332(a), because it is a civil action brought in a state court over which this United States District Court has original jurisdiction, there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum of $75,000.

9.      NCC is the only Defendant named in the state court action.  Therefore, all defendants named and served in the state court action join in and consent to removal of this action.

10.     The time within which Defendant NCC is required to answer or respond to the Complaint in the state court has not expired.

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Cook County, Illinois, and served on all parties to this action.

12.     Copies of the Complaint and all process, pleadings, and orders served on the Defendants in this case are included in the attached Exhibit 1.

WHEREFORE, the civil action filed in the Circuit Court of Cook County, Illinois as Case No. 2018-CH-04484 is hereby removed to this District Court, and Defendant prays that it hereafter proceed in this Court.

Dated:  May 11, 2018

NATIONAL CASUALTY COMPANY

By: /s/ Scott W. McMickle
    /s/ Jon M. Hughes
    MCMICKLE, KUKREY
    & BRANCH, LLP

Scott W. McMickle
(Georgia Bar No. 497779)
Jon M. Hughes
(Georgia Bar No. 835057)
MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, Georgia 30009
(678) 824-7800
swm@mkblawfirm.com
jhughes@mkblawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) ) | Judge |
| v. | ) ) | Magistrate Judge |
| NATIONAL CASUALTY COMPANY | ) ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing NOTICE OF

REMOVAL by depositing said copy in the United States mail in a properly-addressed

envelope with adequate postage thereon to:

Jason Orleans
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601


This 11th day of May, 2018


/s/Jon M. Hughes_____
JON M. HUGHES
McMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, Georgia  30009
Telephone:   (678) 824-7800
Facsimile:   (678) 824-7801
Email:         jhughes@mkblawfirm.com